IN THE UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELISSA HELM | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-cv-04073 |
| | § | |
| GREATER HOUSTON SUBWAY | § | |
| AND NEW VAN DAN ENTERPRISES, INC. | § | |
| D/B/A GREATER HOUSTON SUBWAY | § | |
| Defendants | § | JURY DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Melissa Helm, and Defendants, Greater Houston Subway and New Van Dan Enterprises, Inc. d/b/a Greater Houston Subway, hereby stipulate to the Dismissal with Prejudice of this action, including all claims stated herein, with each party to bear its own attorney's fees and costs. A proposed Order is attached.

Respectfully submitted.

THE AHMAD LAW FIRM

/s/ Nasim Ahmad
Nasim Ahmad
State Bar No. 24014186
Nasim931@gmail.com
719 Sawdust, Suite 330
The Woodlands, Texas 77380
Telephone: (713) 254-3761
Telecopier: (281) 864-4379

ATTORNEYS FOR PLAINTIFF

AND

/s/ David J. Quan *by permission
David J. Quan
State Bar No. 16422300
5444 Westheimer Road #1750
Houston, Texas 77056
Telephone: (713) 225-5300
Facsimile: (713) 625-9222
E-mail: dquan@davidquanlaw.com

ATTORNEYS FOR DEFENDANTS